CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
FEB 0 4 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TOBIAS RUSH, | ) |
| Plaintiff, | ) Case No. 7:09CV00001 |
| v. | ) |
| | ) FINAL ORDER |
| B. WATSON, WARDEN, ET AL., | ) |
| | ) By: Glen E. Conrad |
| Defendant(s). | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust available administrative remedies properly; plaintiff's other pending motions are **DENIED**, and this action is stricken from the active docket of the court.

ENTER: This 4th day of February, 2009.

/s/ Glen E. Conrad
United States District Judge